UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-290 (APM) |
| | : | |
| KELLYE SORELLE, | : | |
| | : | |
| Defendant. | : | |

**PARTIES' JOINT STATUS REPORT**

The parties hereby submit this joint status report regarding the status of the defendant's competency restoration. The defendant is scheduled to self-surrender to a BOP facility to begin competency restoration in November 2023. In the meantime, the defendant has completed an intake process with a mental health provider near her home, so that she can receive outpatient care until she begins restoration. The parties ask leave to file another status report in sixty days and agree that the time between now and the next status report date should be excluded from calculation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(4).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: _____/s/_____
Kathryn L. Rakoczy
D.C. Bar No. 994559
Troy A. Edwards, Jr.
Alexandra Hughes
Jeffrey S. Nestler
Assistant United States Attorneys
601 D Street, N.W., Room 5236
Washington, DC  20530