## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 22-cr-290 (APM)** |
| | **:** | |
| **KELLYE SORELLE,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### PARTIES' JOINT STATUS REPORT

The parties hereby submit this joint status report regarding the status of the defendant's competency restoration.   On November 27, 2023, the defendant reported to a Bureau of Prisons ("BOP") facility for competency restoration.   The BOP informed undersigned government counsel that they will provide a status report to the Court regarding the competency restoration within 60 days.   The parties defer to the Court as to whether to schedule a status hearing for some time after 60 days or whether to await the BOP's report before scheduling any hearing.   The parties agree that the time between now and the next scheduled hearing or status report date should be excluded from calculation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(4).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:      /s/
Kathryn L. Rakoczy
D.C. Bar No. 994559
Troy A. Edwards, Jr.
Alexandra Hughes
Assistant United States Attorneys
601 D Street, N.W., Room 5236
Washington, DC   20530