# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 22-cr-290-APM |
| | : | |
| **KELLYE SORELLE,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files the parties' joint motion to continue the status hearing, scheduled for Wednesday, July 10, 2024, and to and exclude time under the Speedy Trial Act. The government and the defendant have reached a plea agreement. The signed plea paperwork has been submitted under separate cover to the Court. Accordingly, the parties request that this Court continue this week's hearing and schedule a plea hearing at a date convenient for the Court and the parties. The parties propose next Wednesday, July 17, 2024, at 10:00 a.m., if the defendant can arrange for travel in time for the hearing. The defense has also filed today a motion for the Court's assistance with travel costs for the change of plea hearing.

The parties jointly submit that it is in the interests of justice to exclude the time between today's date and the next date in this matter from calculation under the Speedy Trial Act, so that the Court and the parties can arrange for a guilty plea hearing. Defendant SoRelle has been advised of her right to a speedy trial and agrees to exclude time under the Speedy Trial Act until the next hearing.

WHEREFORE, the United States respectfully requests, jointly on behalf of the parties, that the Court reschedule this week's status hearing to July 17, 2024.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:          /s/
                Kathryn L. Rakoczy
                Assistant United States Attorney
                D.C. Bar No. 994559