UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 22-cr-290-APM |
| | : | |
| KELLYE SORELLE, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO DISMISS

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, moves to dismiss Count 1 and 2 of the Indictment (ECF No. 1) following sentencing proceedings in the above captioned matter.

Respectfully submitted,

BRIDGET M. FITZPATRICK
Acting United States Attorney
D.C. Bar No. 474946

By:    /s/
Eli J. Ross
Assistant United States Attorney
IL Bar No. 6321411